United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. CONTRACTING SERVICES, LLC d/b/a VINEYARD BROKERAGE, an Indiana Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>WIZ LOGTEC SOLUTIONS, INC. a Delaware Corporation a/k/a WIZ FREIGHT; WIZ LOGTEC INDIA PRIVATE LTD., an Indian Private Limited Company; TVS SUPPLY CHAIN SOLUTIONS NORTH AMERICA, INC., a Missouri Corporation; TVS SCS GLOBAL FREIGHT SOLUTIONS LIMITED, an Indian company; EVERSANA LIFE SCIENCE SERVICES, LLC, a Wisconsin Limited Liability Company; SOUTHERNCARLSON, INC., a Delaware Corporation; and DOES 1 through 25, inclusive.<br><br>Defendants. | Case No.: **3:26-cv-02039-CRB**<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3) |

I, <u>Andy Tugan</u>, an active member in good standing of the bar of <u>Nebraska</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>SouthernCarlson, Inc.</u> in the above-entitled action. My local co-counsel in this case is <u>Skye Langs</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>287908.</u>

| | |
|---|---|
| 1125 S. 103rd St, Suite 800<br>Omaha. NE 68124 | 1 Montgomery St #3000,<br>San Francisco, CA 94104 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 402-343-3802 | 415-391-4800 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| Andrew.Tugan@koleyjessen.com | slangs@coblentzlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

1

United States District Court
Northern District of California

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 26917.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the last 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 3, 2026.

_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew Tugan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   June 8, 2026



_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Updated 11/2021                                        2