CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
ABDUL W. SHAHID (347669)
abdulwasay.shahid@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West. Broadway, Suite 800
San Diego, California 92101
Tele: (619) 400-0500
Fax: (619) 400-0501

Attorneys for Defendant, EVERSANA LIFE
SCIENCE SERVICES, LLC, a Wisconsin
Limited Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. CONTRACTING SERVICES, LLC d/b/a VINEYARD BROKERAGE an Indiana Limited Liability Company, <br><br> Plaintiff, <br> v. <br><br> WIZ LOGTEC SOLUTIONS, INC. a Delaware Corporation a/k/a WIZ FREIGHT; WIZ LOGTEC INDIA PRIVATE LTD., an Indian Private Limited Company; TVS SUPPLY CHAIN SOLUTIONS NORTH AMERICA, INC., a Missouri Corporation; TVS SCS GLOBAL FREIGHT SOLUTIONS LIMITED, an Indian company; EVERSANA LIFE SCIENCE SERVICES, LLC, a Wisconsin Limited Liability Company; SOUTHERNCARLSON, INC., a Delaware Corporation; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 3:26-cv-02039 <br><br><br> **SECOND STIPULATION BETWEEN PLAINTIFF AND DEFENDANT EVERSANA LIFE SCIENCE SERVICES, LLC TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** <br> ORDER |

1

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

Plaintiff U.S. CONTRACTING SERVICES, LLC, d/b/a/ VINEYWARD BROKERGE ("Plaintiff") and Defendant EVERSANA LIFE SCIENCE SERVICES, LLC ("Defendant EVERSANA"), by and through their respective counsel, hereby stipulate as follows:

**RECITALS**

1.      WHEREAS, on March 10, 2026, Plaintiff U.S. CONTRACTING SERVICES, LLC, d/b/a VINEYARD BROKERAGE ("Plaintiff") filed a Complaint in the United States District Court for the Northern District of California as Case Number 3:26-cv-02039;

2.      WHEREAS, on April 8, 2026, Plaintiff filed a First Amended Complaint;

3.      WHEREAS, on April 28, 2026, Plaintiff served the First Amended Complaint upon Defendant EVERSANA;

4.      WHEREAS, Defendant EVERSANA's response to the First Amended Complaint was due on May 19, 2026, pursuant to Fed. R. Civ. P 81(c)(2)(A) and Fed. R. Civ. P. 12;

5.      WHEREAS, Defendant EVARSANA's response was extended from May 19,2026 to June 23, 2026;

6.      WHEREAS, Local Rule 6.1(a) provides that the parties may stipulate to extend the time to respond to a complaint and that such stipulation can be without a Court order;

7.      WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by the Court;

8.      WHEREAS, this is the second request to extend Defendant EVERSANA time to respond to the First Amended Complaint;

9.      WHEREAS, Defendant EVERSANA is seeking this extension to resolve its involvement in the matter without further use of the Court's resources; and

10.     WHEREAS, the parties stipulate to an extension of time for Defendant EVERSANA to file an answer or otherwise respond to the First Amended Complaint.

///

///

///

///

2

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

## STIPULATION

Accordingly, the parties hereby STIPULATE AND AGREE as follows:

1.    That the last day for Defendant EVERSANA to file an answer or otherwise respond to the First Amended Complaint is extended from June 23, 2026, to July 21, 2026.

IT IS SO STIPULATED.

Dated: June 12, 2026                                    **DINSMORE & SHOHL LLP**


By:/s/ Christopher B. Ghio
    Christopher B. Ghio
    Abdul Wasay Shahid
Attorneys for Defendant, EVERSANA LIFE SCIENCE SERVICES, LLC


Dated: June 12, 2026                                    EACH LEGAL, PC


By: /s/ Laura D. Each
    Laura D. Each
Attorneys for Plaintiff U.S. CONTRACTING SERVICES, LLC, d/b/a VINEYARD BROKERAGE


## ATTESTATION

I, Abdul Wasay Shahid, attest that concurrence in the filing of this document has been obtained from each of the other signatories whose name appears above.


/s/ Christopher B. Ghio
Christopher B. Ghio

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
ABDUL W. SHAHID (347669)
abdulwasay.shahid@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West. Broadway, Suite 800
San Diego, California 92101
Tele: (619) 400-0500
Fax: (619) 400-0501

Attorneys for Defendant, EVERSANA LIFE
SCIENCE SERVICES, LLC, a Wisconsin
Limited Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. CONTRACTING SERVICES, LLC d/b/a VINEYARD BROKERAGE an Indiana Limited Liability Company,<br><br>    Plaintiff,<br>v.<br><br>WIZ LOGTEC SOLUTIONS, INC. a Delaware Corporation a/k/a WIZ FREIGHT; WIZ LOGTEC  INDIA PRIVATE LTD., an Indian Private Limited Company; TVS SUPPLY CHAIN SOLUTIONS NORTH AMERICA, INC., a Missouri Corporation; TVS SCS GLOBAL FREIGHT SOLUTIONS LIMITED, an Indian company; EVERSANA LIFE  SCIENCE SERVICES, LLC, a Wisconsin Limited  Liability Company; SOUTHERNCARLSON, INC.,  a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 3:26-cv-02039<br><br><br>**[PROPOSED] ORDER GRANTING SECOND STIPULATION BETWEEN PLAINTIFF AND DEFENDANT EVERSANA LIFE SCIENCE SERVICES, LLC TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

1

**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

The Joint Stipulation for Defendant EVERSANA to file an answer or otherwise respond to the First Amended Complaint is extended from June 23, 2026, to July 21, 2026, **is hereby GRANTED.**

**IT IS SO ORDERED.**

Dated:  June 12, 2026

The Honorable Charles R. Breyer
United States District Court
Northern District of California

[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT